IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
C.A. No. 1:11-CV-840

JOHN BENTON and spouse, )
SUZANNE BENTON, D/B/A B & B )
POULTRY FARM, INC., ET AL., )
                 Plaintiffs, )
)
vs. )    NOTICE OF WITHDRAWAL
)
OMTRON USA, L.L.C. D/B/A )
TOWNSENDS, A Limited Liability )
Corporation, )
                 Defendant. )
_____ )

    Suzanne Begnoche of the law firm Suzanne Begnoche, Attorney at Law, 312 West Franklin Street, Chapel Hill, North Carolina, 27516, files this Notice of Withdrawal as counsel for Plaintiffs, and in support thereof, respectfully shows to the court the following:

    Counsel appeared in this matter solely and temporarily to provide representation for Plaintiffs during the time frame in which their lead counsel, Lynne M. Holtkamp, was awaiting admission to practice in federal court. Attorney Holtkamp is now so admitted, and Plaintiffs remains represented by her and the Holtkamp Law Firm.

    Therefore, there is good cause to permit Suzanne Begnoche's withdrawal.

    THIS the 27th day of October, 2011.

                                  Respectfully submitted,

                                  By:   /s/ Suzanne Begnoche

SUZANNE BEGNOCHE
Suzanne Begnoche, Attorney at Law
Attorney for Plaintiffs
NCSB # 35158
312 West Franklin Street
Chapel Hill, NC  27516
begnochelaw@mindspring.com
Telephone: (919) 960-6108
Facsimile: (919) 500-5289

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
C.A. No. 1:11-CV-840

| | |
|---|---|
| JOHN BENTON and spouse, )<br>SUZANNE BENTON, D/B/A B & B )<br>POULTRY FARM, INC., ET AL., )<br>                    Plaintiffs, )<br>                                 )<br>vs.                              )<br>                                 )<br>OMTRON USA, L.L.C. D/B/A )<br>TOWNSENDS, A Limited Liability )<br>Corporation, )<br>                    Defendant. )<br>_____ ) | CERTIFICATE OF SERVICE |

    This is to certify that I have this day electronically filed the foregoing **Notice of Withdrawal** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Counsel for Defendant:

    PARKER POE ADAMS & BERNSTEIN LLP
    James Thornton
    R. Jason Herndon
    1400 Wachovia Capitol Center
    150 Fayetteville Street
    P.O. BOX 389
    Raleigh, NC  27602-0389
    jamesthornton@parkerpoe.com
    jasonherndon@parkerpoe.com

    This the 27th day of October, 2011.

                                            Respectfully submitted,

                            By:    /s/ Suzanne Begnoche
                                    SUZANNE BEGNOCHE
                                    Suzanne Begnoche, Attorney at Law
                                    Attorney for Plaintiffs
                                    NCSB # 35158
                                    312 West Franklin Street
                                    Chapel Hill, NC  27516
                                    begnoche@mindspring.com

Telephone: (919) 960-6108
Facsimile: (919) 500-5289