IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CIVIL ACTION NO: 1:11-CV-840-TDA-LPS

| | |
|---|---|
| JOHN BENTON and spouse, SUZANNE BENTON, D/B/A B & B POULTRY FARM, INC., ET AL., <br> Plaintiffs, <br><br> vs. <br><br> OMTRON USA, L.L.C. D/B/A TOWNSENDS, (A Limited Liability Corporation) <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFFS' MOTION FOR APPOINTMENT OF PERMANENT RECEIVER

NOW COME the Plaintiffs in this action, by and through undersigned counsel, and pursuant to Rule 66 of the Federal Rules of Civil Procedure and move the Court for appointment of a Permanent Receiver of Defendant Omtron USA LLC for reasons stated in the contemporaneously-filed Memorandum in Support of Plaintiffs' Motion For Appointment of a Receiver. A Proposed Order for the Appointment of Permanent Receiver is attached hereto is attached hereto and incorporated by referenced as Plaintiffs' Exhibit 1.

WHEREFORE, Plaintiffs respectfully request relief from this Honorable Court as follows:

1

1. For an Order granting the appointment of a Permanent Receiver of Omtron USA LLC;

2. For such other and further relief as this Honorable Court may deem just and proper.

Respectfully submitted, this the 25th day of September, 2012.

HOLTKAMP LAW FIRM

/s/Lynne M. Holtkamp
312 West Franklin Street
Chapel Hill, North Carolina 27516
Telephone: 919.960.6840
Facsimile: 919.967.4953
N.C. BAR NO.: 16359
Email: lholtkamp@holtkamplawfirm.com

Counsel For Plaintiffs