IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN BENTON, et al, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CV00840 |
| | ) | |
| OMTRON USA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT APPEARING TO THE COURT that action in the above-entitled case as to Defendant Omtron USA, LLC, has been stayed pending disposition of the proceedings in a Bankruptcy Court which may become dispositive of this litigation;

IT IS ORDERED that the Clerk of Court terminate this action administratively in his records; and that any party shall have the right to reopen this case for any purpose on motion and notice to all parties, without prejudice to the rights of any of the parties, at any time prior to the 90th day after the final termination of the Bankruptcy proceedings.

/s/ Thomas D. Schroeder
United States District Judge

November 16, 2012